

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**VELRINE PALMER**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 5, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**VELRINE PALMER,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

## COUNT 2

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**VELRINE PALMER,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.



In violation of Title 18, United States Code, Section 611.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

VELRINE PALMER,

Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

Court Division: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| _X_ FTL | ___ WPB | ___ FTP |

New Defendant(s)          Yes _____   No ____
Number of New Defendants          _____
Total number of counts          _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     _No_
   List language and/or dialect     _____

4. This case will take     _3_     days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ | |
| II | 6 to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _X_ | |
| IV | 21 to 60 days | _____ | Felony | _____ | |
| V | 61 days and over | _____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)     _No_
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)     _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes  _X_ No
If yes, was it pending in the Central Region?     _____ Yes     _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes  _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**     <u>**VELRINE PALMER**</u>

**Case No:**

**Count #: 1** 04 - 60162 CR-ZLOCH MAGISTRATE JUDGE SNOW

<u>Election Fraud</u>

<u>Title 18, United States Code, Section 611</u>

**\* Max.Penalty:**     1 year's imprisonment

**Count #: 2**

<u>Election fraud</u>

<u>Title 18, United States Code, Section 611</u>

**\*Max. Penalty:**     1 year's imprisonment

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No_____

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

_____VELRINE PALMER_____

Defendant

## INDICTMENT

### 18 U.S.C. § 611

*A true bill.*

FGJ 04-01(MIA)                                                                    *Foreman*

*Filed in open court this* _____ *day,*

*of* ___July___ *A.D. 2004*

                                                                                 *Clerk*

*Bail, $* _____