UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60162-CR-ZLOCH
Magistrate Judge Snow


UNITED STATES OF AMERICA

v.

VELRINE PALMER

_____/

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4  The defendant does not appear to have a record of arrests or convictions.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the



undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6 No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B. The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady or Agurs other than any information already disclosed herein.

D. & E. The United States is unaware of any witness within the scope of these paragraphs.

F. No line-ups, show-ups, or similar identification procedures were used during this case.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b). Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I. The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J. The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

2

K.   No contraband was seized in connection with this case.

L.   The United States is not in possession of any vehicles involved in this case.

M.   The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.   Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.   Counsel may contact the undersigned to confer regarding stipulations.

P.   Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida   33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this 26th day of August, 2004 on Zareefa Khan, Esq., 450 N. Park Road, Hollywood, Florida 33021.

KAREN E. ROCHLIN

4

**UNITED STATES DEPARTMENT OF JUSTICE**
**IMMIGRATION & NATURALIZATION SERVICE**

**RECORD OF SWORN STATEMENT**

APPLICANT NAME _Velrine Palmer_____ FILE NO _A046 083 497_____ DATE_March 17, 2004_____

EXECUTED AT _____77 SE 5 Street  Maimi,  Florida_____

Before the following officer of the Immigration and Naturalization Service:

___Mario Negrin, DAO_____
(Name and Title)

in the _English_____ language. Interpreter _N/A_____ used.

I, _VELARINE____MAY  PALMER_____ acknowledge that the above named officer has identified
himself/herself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality
laws of the United States. He/she has informed me that he/she desires to take my sworn statement regarding:

_____

_____

He/she has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear
that I will tell the truth, the whole truth, and nothing but the truth so help me God.

Signature of Applicant _Velrine  Palmer_____

On ___17_____ day of _March_____, _2004_____, sworn and subscribed before me:

_____
Signature of INS Officer

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Being duly sworn, I make the following statement:

Q. What is your true, full and complete name?
A. Velrine May Palmer

Q. What is your date and place of birth?
A  02/08/1948 St Mary, Jamaica

Q. Have you ever registered to vote?
A. Yes

Q. How did you register to vote? (by mail or in person)
A. This Lady came to the house she always came and encouraged my aunt to vote because she had an eye problem
so we know her . on the day she came she told us that as permanent residents we a re now entitled to vote

Q. When and Where did you register to vote?
A. IN 2000, 1641 nw 41 terr in the home

Q. Were you sworn in when you registered to vote?

1

Q. Were you sworn in when you registered to vote?
A.No

Q. When you registered to vote, Did you read and sign your voter's registration form?
A. I never read it you know, but I signed it.

Q.Do usually sign things without signing them.
A. Sometimes

Q. Why do you do that
A well sometimes if you have confidence in the person you just sign them, it's so lengthy to read

A. Yes , I thought he knew what she was doing because she always come I never thought she was someone that wasn't trustworthy

Q. How did you obtain the voter's registration application?
A.She brought it with her

Q. Did you apply in person or through the mail?
A.Yes , she filled it out I signed it

Q. Did you know that it is against the law to register to vote unless you are a citizen of the United States?
A. I knew, but she told us permanent residents were now eligible to vote

Q. Did you know that it is against the law to vote unless you are a citizen of the United States?
A.Well once I received the voter registration card I thought it was the truth, if not I thought the card would be denied

Q. Do you have your voter registration card with you today (if not please explain)?
A. Oh no, when I came to the first interview I was told to get a copy of the card. I went down ther and I told the lady what I was about, she said this was a hoax so she took the card back. But the stragest thing that happened is that since I came back from that interview I tried  to locate her and her phone is disconnected

Q. How many times have you voted during elections in the United States?
A. I think it was five times

Q. Do you remember the dates that you voted during those times?
A.No

Q. When was the last time that you voted?
A. I think it was 2002

Q. Which candidate(s) did you vote for?
A.I can't recall which candidate really

Q. What are types of elections in which you voted (i.e. Presidential, Local, State, etc.)?
A.I think we voted in selecting the commissioners, and I think the mayor and I think the prime minister too, the president, rather

Q. What is the most important right granted to a United States citizen?
A. the right to vote

Q. What are the requirements in order to register to vote?
A. You should be a citizen

2

Q.  Were you a United States citizen at the time that you register to vote?
A. no

Q.  Were you a United States citizen at the time that you voted during the elections?
A. no

Q.  Since you knew that one of the requirements to register and vote in the United States is to be a United States Citizen, Why did you vote?
A. I was informed that permanent citizens were now entitled to vote and registering and registering and receiving the card in the mail was legitimate, or the right was given then

Q.  Did you attend High School in the United States?
A.no

Q.  Why did you continue to vote if you voted more than once?  (Answer only if you voted more than once)
A. Because I still had my card the card was even renewed and another card came to me in the mail

Q.  Have you ever claimed to be a United States citizen?  If yes, When and Where?
A.  no never

Q.  Are your parents United States citizens?  If yes, please state how and when they obtained U.S. citizenship?
A.  no

Q.  Did your parents reside in the United States?  How long?
A. My mother did for some time, it was a long time she was here  before I came in 96

Q.  Have you ever presented your voters registration card in order to receive any type of benefit (i.e. jobs, loans, Social Security benefits, etc.)?
A.no

Q.  Did you ever have a government job?  If yes, which type of job?
A.no

Q.  Have you traveled outside the United States?  If yes, what documents did you present to the Immigration Inspector upon your return to the United States?
A.My green card and my passport

Q.  Do you have a passport?  If yes, what is the nationality of the passport?
A.yes , Jamaican

Q.  Have you ever been notified for Jury Duty?  If yes, when and where?
A.  no

Q.  Have you ever served on a Jury?  If yes, when and where?
A.  no

Q.  When did you first realize that you should not be using your voter's ID card?
A. When I came to the first interview here, I said yes I was registered to vote. She said by whom. I told her. And she said we are going to need a copy of that voter registration card, so I realized something was wrong.

Q.  When you signed the card di you look at it at all?
A.  I didn't have it in my hand, she just showed me the card and said sign here

3

Q. Do you have any other comments to add at this time?

A. I regret I was misinformed and voted here which has marred my character. I am 56 years old and during my years, I have never had anything like this. Before someone registers to vote, shouldn't they do a background check?

I _Milaine Palmer_ having read an examined the contents of Record of Sworn Statement consisting of _four_ pages hereby attest that the attached written transcription is an accurate and complete record of my oral statements taken on _3 ,7 04_ before an officer of the Immigration and Naturalization Service and as evidence thereof I hereby affix my initials on each of the _four_ pages.

_Milaine   Palmer_
**Signature**

Date: _3 17 04_

4

U.S. Department of Justice
Immigration and Naturalization Service

3 of 3

OMB No. 1115-0009

**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black or blue ink.

| Part 1.  Your Name *(The Person Applying for Naturalization)* |
| --- |

A. Your current legal name.

Family Name *(Last Name)*

PALMER

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| --- | --- |
| VELRINE | MAY |

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

PALMER

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| --- | --- |
| VELRINE | M |

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| --- | --- | --- |
| N/A | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☑ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

| |
| --- |

| Given Name *(First Name)* | Full Middle Name |
| --- | --- |
| | |

Write your INS "A"- number here:

A 046023497

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
| --- | --- |

05/08/2002 SSC*0004864473 SSC$0000474000

Remarks

Group 38 536

Action

| Part 2.  Information About Your Eligibility    *(Check Only One)* |
| --- |

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

MAY 0 8 2002

Form N-400 (Rev 05 31 01)N

## Part 3. Information About You

Write your INS "A"- number

A 46 083 497

A. Social Security Number

592 61 5304

B. Date of Birth (Month Day Year)

02 08 1948

C. Date You Became a Permanent Resident (Month Day Year)

07 122 1996

D. Country of Birth

JAMAICA

E. Country of Nationality

JAMAICA

F. Are either of your parents U.S. citizens? (if yes, see Instructions)   ☐ Yes   ☑ No

G. What is your current marital status?   ☐ Single, Never Married   ☑ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other (Explain)_____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? (See Instructions for some examples of accommodations.)   ☐ Yes   ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language_____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

## Part 4. Addresses and Telephone Numbers

A. Home Address - Street Number and Name (Do NOT write a P.O. Box in this space)

1641 NW 54 TERRACE

Apartment Number

N/A

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| LAUDERHILL | BROWARD | FLORIDA | 33313 | U.S.A |

B. Care of

Mailing Address - Street Number and Name (If different from home address)

Apartment Number

City

State

ZIP Code

Country

C. Daytime Phone Number (If

(954) 485-1353

Evening Phone Number (If any)

(954) 485-1353

E-mail Address (If any)

## Part 5. Information for Criminal Records Search

Write your INS "A"- number here:

A 046083497

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☐ Male   ☑ Female

B. Height

5 Feet  4 Inches

C. Weight

172 Pound

D. Race

☐ White   ☐ Asian or Pacific Islander   ☑ Black   ☐ American Indian or Alaskan Native   ☐ Unknown

E. Hair color

☐ Black   ☐ Brown   ☐ Blonde   ☑ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

F. Eye color

☑ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

## Part 6. Information About Your Residence and Employment

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month Year) | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 07 12 8 '96 | Present |
| | __/____ | __/__ |
| | __/____ | __/__ |
| | __/____ | __/__ |
| | __/____ | __/__ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years?  Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years.  If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| VITAS HEALTH CARE CORP. | 5420 NW 33RD AVE. SUITE 100, FORT LAUDERDALE FL. 33309 | 02 11 5 CL | PRESENT | HOME HEALTH AIDE AND CERT. NURSING ASST. |
| KELLY ASSISTED LIVING SERVICES | 4901 NW 17 WAY, SUITE 308 FT. LAUDERDALE FL. 33309 | 07 10 1 '97 | PRESENT | HOME HEALTH AIDE AND CERT. NURSING ASST. |
| ALL PROFESSIONAL HOME CARE INC. | 1112 SUNSET STRIP SUNRISE FL. 33313 | 12 12 4 '96 | 02 10 9 '99 | HOME HEALTH AIDE AND NURSING ASST. |
| HEARTLAND HEALTH CARE CENTER | 2594 NW 55 AVE. LAUDERHILL FL. 33313 | 04 11 L '92 | 04 10 1 '94 | CERT. NURSING ASSISTANT. |
| | | __/____ | __/____ | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A" - number here:
A U U 6 0 8 3 4 9 7

A. How many total days did you spend outside of the United States during the past 5 years? [42] days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years? [2] trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 01/24/1999 | 02/21/1999 | ☐ Yes ☑ No | JAMAICA | 28 |
| 08/04/1998 | 08/18/1998 | ☐ Yes ☑ No | JAMAICA | 14 |
| 05/20/2002 | 06/11/2002 | ☐ Yes ☐ No | Jamaica | 14 |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)? [1] If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
PALMER

Given Name *(First Name)*
LLOYD

Full Middle Name *(If applicable)*
GEORGE

2. Date of Birth *(Month/Day/Year)*
01/26/1931

3. Date of Marriage *(Month/Day/Year)*
01/08/1973

4. Spouse's Social Security Number
267 48 1271

5. Home Address - Street Number and Name
1641 NW 54 TERRACE

Apartment Number

City
LAUDERHILL

State
FLORIDA

ZIP Code
33313

| **Part 8. Information About Your Marital History** *(Continued)* | Write your INS "A"- number here<br>A 0 4 6 0 8 3 4 9 7 |
| --- | --- |

C. Is your spouse a U.S. citizen?   ☐ Yes   ☑ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

   If "Other," give the following information:

2. Date your spouse became a U.S. citizen

   __/__/____

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

   _____
   City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

   JAMAICA

2. Spouse's INS "A"- Number *(If applicable)*

   A 0 4 6 0 8 3 4 9 8

3. Spouse's Immigration Status

   ☑ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.   N/A

1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

| | | |
| --- | --- | --- |
| | | |

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month Day Year)*

__/__/____

4. Date Marriage Ended *(Month Day Year)*

__/__/____

5. How Marriage

☐ Divorce   ☐ Spouse Died   ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

| | | |
| --- | --- | --- |
| | | |

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month Day Year)*

__/__/____

4. Date Marriage Ended *(Month Day Year)*

__/__/____

5. How Marriage Ended

☐ Divorce   ☐ Spouse Died   ☐ Other _____

| Part 9. Information About Your Child | | | Write your INS "A" - number here: A 0 4 6 0 23 4 9 7 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

[ 6 ]

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month, Day, Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| RUTH MARIE PALMER | 05/11/1972 | A _____ | JAMAICA | 14 LOWER WALTHAM AVE, KINGSTON 13, JAMAICA W.I |
| JOHN GEORGE PALMER | 05/18/1974 | A _____ | JAMAICA | 14 LOWER WALTHAM AVE. KINGSTON 13, JAMAICA W.I |
| DAVID HUGH PALMER | 07/16/1977 | A 646023494 | JAMAICA | 2 SILVIA CT. HYDE PARK MASS. 02136 |
| HELEN ELIZABETH PALMER | 05/02/1980 | A 6460 23501 | JAMAICA | 1641 NW 54 TERRACE LAUDERHILL, FL 33313 "WITH ME" |
| RICHARD ANTHONY PALMER | 08/19/1982 | A046023500 | JAMAICA | 2 SILVIA CT. HYDE PARK MASS. 02136 |
| ROXANN RENEA PALMER | 02/16/1987 | A046023502 | JAMAICA | 1641 NW 54 TERRACE LAUDERHILL FL. 33313. "WITH ME" |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |

| Part 10. Additional Questions |

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

A. General Questions

1. Have you EVER claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☑ No
2. Have you EVER registered to vote in any Federal, state, or local election in the United States? ☑ Yes ☐ No
3. Have you EVER voted in any Federal, state, or local election in the United States? ☑ Yes ☐ No
4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return? ☐ Yes ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☑ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☑ No

Form N-400 (Rev. 05 31 01)N Page 6

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A *Q 4 6 Q 8 3 4 9 7* |

## B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☑ Yes  ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper. *Claims & Ethics (1)*

| Name of Group | Name of Group |
|---|---|
| 1. SOUTH EASTERN CONFERENCE OF SEVENTH DAY ADVENTIST | 6. AMERICAN ACADEMY OF PROFESSIONAL CODERS ASS. |
| 2. EAST JAMAICA CONFERENCE OF SEVENTH DAY ADVENTIST | 7. |
| 3. JAMAICA TEACHERS' ASSOCIATION | 8. |
| 4. ROYAL PALM ELEMENTARY TEACHERS ASSOCIATION | 9. |
| 5. HAGLEY PARK PREP. SCH. TEACHERS' ASSOCIATION | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?  ☐ Yes  ☑ No

b. Any other totalitarian party?  ☐ Yes  ☑ No

c. A terrorist organization?  ☐ Yes  ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?  ☐ Yes  ☑ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☑ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☑ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☑ No

**Part 10.  Additional Questions** *(Contin.    d)*

Write your INS "A"- number here:
A  0 4 6 0 2 3 4 4 7

## D. Good Moral Character

For the purposes of this application. you must answer "Yes" to the following questions. if applicable. even if your records were sealed or otherwise cleared or if anyone. including a judge. law enforcement officer. or attorney. told you that you no longer have a record.

15.  Have you EVER committed a crime or offense for which you were NOT arrested?    ☐ Yes  ☑ No

16.  Have you EVER been arrested. cited. or detained by any law enforcement officer (including INS and military officers) for any reason?    ☐ Yes  ☑ No

17.  Have you EVER been charged with committing any crime or offense?    ☐ Yes  ☑ No

18.  Have you EVER been convicted of a crime or offense?    ☐ Yes  ☑ No

19.  Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example: diversion. deferred prosecution. withheld adjudication. deferred adjudication)?    ☐ Yes  ☑ No

20.  Have you EVER received a suspended sentence. been placed on probation. or been paroled?    ☐ Yes  ☑ No

21.  Have you EVER been in jail or prison?    ☐ Yes  ☑ No

If you answered "Yes" to any of questions 15 through 21. complete the following table.  If you need more space. use a separate sheet of paper to give the same information.

| Why were you arrested. cited. detained. or charged? | Date arrested, cited, detained, or charged *(Month Day Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest. citation. detention or charge *(No charges filed, charges dismissed. jail. probation. etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22.  Have you EVER:    ☐ Yes  ☑ No
  a. been a habitual drunkard?    ☐ Yes  ☑ No
  b. been a prostitute. or procured anyone for prostitution?    ☐ Yes  ☑ No
  c. sold or smuggled controlled substances, illegal drugs or narcotics?    ☐ Yes  ☑ No
  d. been married to more than one person at the same time?    ☐ Yes  ☑ No
  e. helped anyone enter or try to enter the United States illegally?    ☐ Yes  ☑ No
  f. gambled illegally or received income from illegal gambling?    ☐ Yes  ☑ No
  g. failed to support your dependents or to pay alimony?    ☐ Yes  ☐ No

23.  Have you EVER given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?    ☐ Yes  ☑ No

24.  Have you EVER lied to any U.S. government official to gain entry or admission into the United States?    ☐ Yes  ☑ No

**Part 10. Additional Questions** *(Continued)*

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal. exclusion. rescission or deportation proceedings pending against you? ☐ Yes ☑ No

26. Have you **EVER** been removed. excluded. or deported from the United States? ☐ Yes ☑ No

27. Have you **EVER** been ordered to be removed. excluded. or deported from the United States? ☐ Yes ☑ No

28. Have you **EVER** applied for any kind of relief from removal. exclusion. or deportation? ☐ Yes ☑ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? *N/A* ☐ Yes ☑ No

If you answered "NO". go on to question 34.

If you answered "YES". provide the information below.

If you answered "YES". but you did NOT register with the Selective Service System and are still under 26 years of age. you must register before you apply for naturalization. so that you can complete the information below:

Date Registered (Month/Day/Year) [＿＿＿＿＿＿＿]   Selective Service Number [＿ ＿／＿ ＿ ＿／＿ ＿ ＿ ＿]

If you answered "YES". but you did NOT register with the Selective Service and you are now 26 years old or older. attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions. attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☑ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☑ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☑ Yes ☐ No

37. If the law requires it. are you willing to bear arms on behalf of the United States? ☐ Yes ☑ No

38. If the law requires it. are you willing to perform noncombatant services in the U.S. Armed Forces? ☑ Yes ☐ No

39. If the law requires it. are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No

**Part 11. Your Signature**

.te your INS "A"- number here:

A _0 4 6 0 8 3 4 9 7_

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

*Velrine Palmer*

Date *(Month Day Year)*

_04 12 21 2002_

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month Day Year)*

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

(      )

Preparer's Address - Street Number and Name

City

State

ZIP Code

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ___  and the evidence submitted by me numbered pages 1 through ___, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(Month Day Year)*

Complete Signature of Applicant

X *Velrine May Palmer*

Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law; *N/P.*

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

*Velrine May Palmer*

Complete Signature of Applicant

X *Velrine May Palmer*

Form N-400 (Rev. 05 31 01)N Page 10

# AFFIDAVIT

A     46 083 497

I, <u>Velrine Palmer</u>   , being first duly sworn, do hereby state under oath, that;

*I was assured by a canvasser at my house at 1641 NW 54 Terr, Lauderhill FL 33313 that permanent residents are now eligible to vote in U S A elections. She registered me and I was sent a voters registration card in the mail and thereafter I voted. I have never thought I am a U S Citizen thats why I am applying for Naturalization.*

_____ Applicant

Sworn to & subscribed before me this    **8th**    day of <u>December</u>   2003.

_____
**Adjudication Officer**

## Certification of Registration

I, *DR. BRENDA C. SNIPES* , *SUPERVISOR OF ELECTIONS*  for
*BROWARD COUNTY. FL*  , do hereby certify that the following information
is a true and correct copy of the voter registration record on file in this office
for:

*PALMER, VELRINE M*

**Date of Registration**:  *05-02-2000*

**Certification Number**:  *10413695*

**Status**: *CANCELED - VOTER'S REQUEST*

**Address**  *1641 NW 54TH TER. LAUDERHILL  FL  33313*

**Precinct Number:** *13L*   **Sex:***F*     **Race:** *B*

**Date of Birth**.*02-08-1948*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *December 18. 2003*  .

*DR. BRENDA C. SNIPES*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By _____
Deputy

12-18-2003                    BR    'D COUNTY Supervisor of El    ions              PAGE  1
07:58:34                            VOTING HISTORY REPORT

**VELRINE M PALMER**

Registered Address : 1641 NW 54TH TER
                     LAUDERHILL  FL  33313
Voter-ID: 10413695  Registered: 05-02-2000  Status: Canceled - Voter's Request


0500 POLL non  11 05/2002 GENERAL
1000 POLL DEM  09/10/2002 PRIMARY
1200 POLL non  03.12/2002 CITY GENERAL
0700 POLL non  11/07/2000 GENERAL
0500 POLL DEM  09/05/2000 PRIMARY


State of FLORIDA
County of BROWARD

    I, DR. BRENDA C. SNIPES, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of VELRINE M PALMER as it appears on record in my office.
    Witness my hand and seal on December 18, 2003.

                                    DR. BRENDA C. SNIPES
                                    Supervisor of Elections

                              By: _____
                                          Deputy

10413695   PALMER, VELRIN
Image Loc: No Locator

Fold on dotted center line, peel off tape, seal and mail.



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant  Supervisor
Broward Governmental Center
115 S. Andrews Avenue  Room 102
Fort Lauderdale  FL 33301

## Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS*  for *BROWARD COUNTY, FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*PALMER, VELRINE M*

**Date of Registration**:  *05-02-2000*

**Certification Number**:  *10413695*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address**  *1641 NW 54TH TER, LAUDERHILL  FL  33313*

**Precinct Number:** *13L*   **Sex:***F*      **Race:** *B*

**Date of Birth**:*02-08-1948*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *October 21, 2003*   .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By:_____
　　　　　Deputy

Si desea una traducción de este documento sirvase llamar al teléfono (954) 357-8452
954-357-7050 · Fax#: 954-357-7070

Case 0:04-cr-60162-WJZ   Document 12   Entered on FLSD Docket 08/27/2004   Page 24 of 35

### VELRINE M PALMER

Registered Address : 1641 NW 54TH TER
                     LAUDERHILL  FL  33313
Voter-ID: 10413695  Registered: 05-02-2000  Status: Canceled - Voter's Request


0502 POLL non  11/05/2002 GENERAL
1002 POLL DEM  09/10/2002 PRIMARY
1202 POLL non  03/12/2002 CITY GENERAL
0700 POLL non  11/07/2000 GENERAL
0500 POLL DEM  09/05/2000 PRIMARY


      State of FLORIDA
      County of BROWARD

         I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
      the foregoing to be a true and correct copy of the voting record
      of VELRINE M PALMER as it appears on record in my office.
         Witness my hand and seal on October 21, 2003.

                                    MIRIAM M. OLIPHANT
                                    Supervisor of Elections

                              By:  _____
                                         Deputy

# VOTERS SUPPLEMENT

Name: __VELRINE PALMER__           A:___46 083 497_____

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the United States?** *[handwritten, illegible]*

2. **If you became a permanent resident while under the age of 16, are your parents United States citizens. If so, please explain.** *[handwritten, illegible]*

3. **If you are married, what is the nationality of your spouse? If your Spouse is a United States citizen, please explain.** *[handwritten, illegible]*

4. **On what date(s) did you register to vote?** *[handwritten, illegible]*

5. **Where did you register to vote (include city, county, and state)? If more than once, please specify.** *[handwritten, illegible]* was solicited at her house

1

6. **Have you ever voted in an election in the United States. If so, please provide the date, location of the election (city, county & state) and type of election held (federal, state, or local) for each.**

| Date of Election | Location | Type of Election |
|---|---|---|
| 1. [illegible] | [illegible] | General |
| 2. [illegible] | [illegible] | Primary |
| 3. [illegible] | [illegible] | [illegible] |
| 4. [illegible] | [illegible] | General |
| 5. [illegible] | [illegible] | Primary |
| 6. | | |

7. **How did you obtain the voter's registration application?** [illegible]

8. **Did you apply in person or through the mail?** [illegible]

9. **Why did you register to vote, or register and vote in an election within the United States when you were not a citizen?** [illegible]

10. **Did you know that it was unlawful for you to apply for a voter's registration card and to vote?** [illegible]

11. **When did you first become aware that you were not qualified to Register or vote in the United States?** *At my first interview with Bureau of Citizen and Immigration Services.*

12. **If you registered and voted because you believed that you were a Citizen of the United States, please explain.** *I knew I was not a citizen of the United States.*

13. **If you registered and voted because you believed that you were a Citizen of the United States, why have you applied for naturalization?** *I have applied for naturalization because I know I am not a citizen of the United States and can only become one by naturalization.*

14. **If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?** *I was a never under impression that I was a citizen at any time that I was a US citizen.*

15. **Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for real estate homestead exemption?** *No.*

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.  *Nee*

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain.  *Nee*

18. Have you ever used the voter's registration card as proof of citizenship? If so, please explain.  *Nee*

19. Have you ever been called for jury duty? If so, please, explain.  *Nee*

<br>

_____  
**Applicant's Signature**

_____  
**Date**

4



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant  Supervisor
Broward Governmental Center
115 S. Andrews Avenue. Room 102
Fort Lauderdale  FL 33301

# Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS*  for *BROWARD COUNTY, FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*PALMER, VELRINE M*

**Date of Registration**:  *05-02-2000*

**Certification Number**:  *10413695*

**Status:** *ACTIVE*

**Address**  *1641 NW 54TH TER. LAUDERHILL  FL  33313*

**Precinct Number:** *13L*   **Sex:***F*     **Race:** *B*

**Date of Birth**:*02-08-1948*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *March 25. 2003*   .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By:_____
      Deputy

Si desea una traducción de este documento sirvase llamar al teléfono (954) 357-8452
954-357-7050 • Fax#: 954-357-7070

Case 0:04-cr-60162-WJZ Document 12 Entered on FLSD Docket 08/27/2004 Page 30 of 35

## VELRINE M PALMER

Registered Address : 1641 NW 54TH TER
LAUDERHILL  FL  33313

Voter-ID: 10413695  Registered: 05-02-2000  Status: Active  Total Items:  5

```
0502 POLL non  11/05/2002 GENERAL
1002 POLL DEM  09/10/2002 PRIMARY
1202 POLL non  03/12/2002 CITY GENERAL
0700 POLL non  11/07/2000 GENERAL
0500 POLL DEM  09/05/2000 PRIMARY
```

State of FLORIDA
County of BROWARD

    I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of VELRINE M PALMER as it appears on record in my office.
    Witness my hand and seal on March 25, 2003.

                MIRIAM M. OLIPHANT
                Supervisor of Elections


                By: _____
                        Deputy

**VOTER IDENTIFICATION CARD**
**BROWARD COUNTY, FLORIDA**

| REGISTRATION # | PRECINCT# | PARTY | SEX | RACE |
|---|---|---|---|---|
| 10413695 | 13 | DEM | F | B |

| BIRTH DATE | REGISTRATION DATE | ISSUE DATE |
|---|---|---|
| 02/08/1948 | 05/02/2000 | 08/12/2002 |

RESIDENCE ADDRESS:

VELRINE M PALMER
1641 NW 54TH TER
LAUDERHILL FL 33313

Signature of Voter

X *Velrine Palmer*

**MIRIAM M. OLIPHANT ●** BROWARD COUNTY SUPERVISOR OF ELECTIONS

YOUR POLLING LOCATION IS **BOYS & GIRLS CLUB**
**5455 NW 19 STREET**
**LAUDERHILL FL 33313**

YOU ARE ELIGIBLE TO VOTE FOR A REPRESENTATIVE
IN EACH DISTRICT LISTED BELOW:

| US CONGRESS | STATE SENATE | STATE HOUSE | COUNTY COMMISSION |
|---|---|---|---|
| 23 | 29 | 094 | 9 |
| SCHOOL BOARD | | CITY/MUNICIPALITY | |
| 5 | | LAUDERHILL | |

**REGISTRATION NUMBER ▶10413695**

NOTIFY THE ELECTIONS OFFICE OF ANY INCORRECT INFORMATION
BY COMPLETING A "CHANGE OF INFORMATION" CARD

# Voters Supplement

**Name:** Velrine May Palmer  A  H6 083497

Q. Have you ever registered to vote in the U.S.? ☑ **YES** ☐ **NO**  (If more than one time, furnish information for each time).

A. When **(date)** & Where? **(City, County, State)**

05.02.2000, FLORIDA, LAUDERHILL, BROWARD

Q. Have you ever voted in an election in the U.S.? .? ☑ **YES** ☐ **NO**  (If more than one time, furnish information for each time).

A. When **(date)** & where? **(City, County, State)** & what type of election was it? **(local, state, federal)**  As above  FEDERAL, County Commission, STATE SENATE

Q. Why did you register or vote in an election in the U.S.? **(If you have ever believed that you were a citizen of the U.S., please provide full explanation.)**

Be cause I am a law abiding Citizen, and was given the privilege to vote.

Q. At what age did you become a permanent resident of the U.S? 48 yrs

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: _____ & father: _____

Velrine May Palmer  2 24 03
**SIGNATURE**    **DATE**

SWORN TO & SUBSCRIBED BEFORE ME THIS 24 DAY OF Feb. 20 003

Rikita Mansfield
**OFFICER**

Supplement No. 2



JANE CARROLL
BROWARD COUNT
SUPER SIP OF ELE
MAE ANDREWS ELVE
FORT LAUDERDALE FL

DC W.   HALF THE WORLD
ONLY DREAMS ABOUT
*  VOTE **

Return Service Requested

BROWARD COUNTY VOTER REGISTRATION

10413695   13L   DEM   F   B

02/08/1948   05/02/00   05/10/00
BIRTH DATE

BOYS & GIRLS CL
5455 NW 19 STREE
LAUDERHILL FL 33

VELRINE M PALMER
1541 NW 54 TER
LAUDERHILL  FL 33313

*Velrine Palmer*
SIGNATURE OF VOTER

LAUDERHILL

1267

VELRINE M PALMER
1641 NW 54 TER
LAUDERHILL FL 333.3-5442

PART 10 QUESTIONS 2 & 3
Explanation of Questions
    To Whom It May Concern.
Dear Sir/ Madam,

            I was informed by Broward
County Electoral Clerk that as a Permanent
Resident Alien I am eligible to vote in Federal,
State and local elections in the United States.
I was registered, received my card, photo
copy of which is enclosed and exercised the
franchise as a law abiding resident.
                    Yours truly
                    Velrine Palmer.